No. 231. McGEORGE *v.* CHARLES NELSON Co. October 8, 1934. Petition for writ of certiorari to the District Court of Appeal, First Appellate District, of California, and motion for leave to proceed further *in forma pau-*

*peris,* denied.  *Mr. H. W. Hutton* for petitioner.  No appearance for respondent.